IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JACQUIE BOBO,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

Case No. 5D21-2847
LT Case No. 1992-CF-000053-A-X

_____/

Decision filed April 11, 2023

Appeal from Circuit Court
for Marion County,
Anthony Michael Tatti, Judge.

Matthew J. Metz, Public Defender,
and Susan A. Fagan, Assistant
Public Defender, Daytona Beach,
for Appellant.

Jacquie Bobo, Panama City, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Pamela J. Koller,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

MAKAR, SOUD and BOATWRIGHT, JJ., concur.